# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 7, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154527(107)

COALITION PROTECTING AUTO NO-FAULT,
MARTHA E. LEVANDOWSKI, GERALD E.
CLARK, MARY ELLEN CLARK, A. MICHAEL
DELLER, PAULINA M. DELLER and M. THOMAS
DELLER,
            Plaintiffs-Appellants,
and

BRAIN INJURY ASSOCIATION OF
MICHIGAN, ILENE IKENS, RICHARD IKENS,
KENNETH WISSER, SUSAN WISSER,
GREGORY WOLFE and KAREN WOLFE,
            Plaintiffs-Appellees,

v                                                    SC: 154527
                                                     COA: 314310
MICHIGAN CATASTROPHIC CLAIMS                         Ingham CC: 12-000068-CZ
ASSOCIATION,
            Defendant-Appellee.
_____/

On order of the Chief Justice, the joint motion of the Michigan Association of Broadcasters and the Michigan Press Association to participate as amici curiae and to file an amicus brief in support of the application for leave to appeal is GRANTED. The amicus brief submitted on December 1, 2016, is accepted for filing.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 17, 2016                      _____
                                                      Clerk